**No. 61724.**—International Expediters, Inc., et al. *v.* United States, protests 304913–K, etc. (New York).

Opinion by OLIVER, C. J. The protests were dismissed for lack of prosecution.

**No. 61725.**—Accurate Millinery Co. et al. *v.* United States, protests 232361–K, etc. (New York).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of hoods the same in all material respects as those passed upon in *United States* v. *Accurate Millinery Co., Roberts, Reilly & Sons, et al.* (42 C. C. P. A. 229, C. A. D. 599), the claim of the plaintiffs was sustained.

**No. 61726.**—Hugh P. Brady and Norman G. Jensen, Inc., et al. *v.* United States, protests 166164–K, etc. (Pembina).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of yellow cedar the same in all material respects as that the subject of *Border Brokerage Co. et al.* v. *United States* (39 Cust. Ct. 179, C. D. 1923), the claim of the plaintiffs was sustained.

**No. 61727.**—C. S. Emery & Company *v.* United States, protests 221920–K, etc. (St. Albans).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of yellow cedar the same in all material respects as that the subject of *Border Brokerage Co. et al.* v. *United States* (39 Cust. Ct. 179, C. D. 1923), the claim of the plaintiff was sustained.

**No. 61728.**—C. S. Emery & Company *v.* United States, protests 227044–K, etc. (St. Albans).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of yellow cedar the same in all material respects as that the subject of *Border Brokerage Co. et al.* v. *United States* (39 Cust. Ct. 179, C. D. 1923), the claim of the plaintiff was sustained.